**Order entered April 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01148-CV

## GREENWOOD MOTOR LINES, INC. D/B/A R+L CARRIERS, ET AL., Appellants

### V.

### BOBBIE BUSH, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-16041-M**

## ORDER

We **GRANT** appellants' April 8, 2015 unopposed motion for an extension of time to file

reply briefs.  Appellants shall file their reply briefs by **MAY 18, 2015**.


/s/     ELIZABETH LANG-MIERS
JUSTICE